## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   GAIL S ANDERSON

§
§
§
§
§
§
§

Case No.: 09-16693

Debtor(s)

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 05/07/2009.

2)   This case was confirmed on 09/28/2009.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 09/15/2011.

5)   The case was converted on 05/09/2011.

6)   Number of months from filing to the last payment:  23

7)   Number of months case was pending:  29

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $     6,250.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 14,838.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 14,838.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,400.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 983.79 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,383.79 |
| Attorney fees paid and disclosed by debtor | $ | 949.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FIN | SECURED | 3,268.00 | 100.00 | 100.00 | 100.00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 3,268.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 82,154.00 | 81,162.30 | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | SECURED | 45,853.00 | 45,570.32 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 45,853.00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 11,689.00 | 9,320.80 | 9,320.80 | 7,219.58 | 574.98 |
| CHASE AUTO FINANCE | UNSECURED | 11,689.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,900.00 | 1,768.26 | 1,768.26 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 3,500.00 | 2,922.82 | 2,922.82 | .00 | .00 |
| AT&T | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 1,800.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 8,500.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | OTHER | .00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 6,200.00 | 6,010.41 | 6,010.41 | .00 | .00 |
| GOODYEAR | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| HARRIS NA | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANA | UNSECURED | 1,200.00 | 1,182.00 | 1,182.00 | .00 | .00 |
| HOLY CROSS HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,600.00 | 1,307.83 | 1,307.83 | .00 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 750.00 | 547.75 | 547.75 | .00 | .00 |
| MARYLAND NATIONAL BA | UNSECURED | 1,900.00 | NA | NA | .00 | .00 |
| MARYLAND NATIONAL BA | OTHER | .00 | NA | NA | .00 | .00 |
| MILE SQUARE HEALTH C | UNSECURED | 905.00 | NA | NA | .00 | .00 |
| PN SOMPALLI MD | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,182.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 890.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | OTHER | .00 | NA | NA | .00 | .00 |
| VERNON HILLS AMBULAN | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| WOMEN WORKOUT WORLD | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| WOMENS WORKOUT WORLD | OTHER | .00 | NA | NA | .00 | .00 |
| WOMANS WORKOUT WORLD | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| WOMENS WORKOUT WORLD | OTHER | .00 | NA | NA | .00 | .00 |
| TONY THOMAS | OTHER | .00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | NA | 2,656.18 | 2,656.18 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | NA | 2,955.01 | 3,255.01 | 3,094.58 | .00 |
| JP MORGAN CHASE BANK | SECURED | NA | 489.18 | 489.18 | 465.07 | .00 |
| M3 FINANCIAL SERVICE | UNSECURED | .00 | 888.72 | 888.72 | .00 | .00 |
| CACH | UNSECURED | NA | 4,384.54 | 4,384.54 | .00 | .00 |
| GERACI LAW LLC | PRIORITY | NA | .00 | 2,400.00 | 2,400.00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | 82,154.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,744.19 | 3,559.65 | .00 |
| Debt Secured by Vehicle | 9,320.80 | 7,219.58 | 574.98 |
| All Other Secured | 100.00 | 100.00 | .00 |
| **TOTAL SECURED:** | 13,164.99 | 10,879.23 | 574.98 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 21,668.51 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 3,383.79 |
| Disbursements to Creditors | $ | 11,454.21 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 14,838.00 |

12)      The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:   10/04/2011                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee


**STATEMENT**      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**